AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Angela R. Sullivan, ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.    8:16-cv-00079-JMC |
| Commissioner Social Security Administration, ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Commissioner's decision is reversed and the action is remanded for further administrative action.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs.

Date:   December 13, 2016                                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                      s/Ashley Buckingham, Deputy Clerk
                                                                                                      *Signature of Clerk or Deputy Clerk*